UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HOME TECH INNOVATION INC. d/b/a Suvie, <br><br> Defendant. | ECF CASE <br><br> No.: 1:21-cv-06898-KAM-PK |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  March 18, 2022
         New York, New York

                                          s/ Christopher H. Lowe
                                          Christopher H. Lowe
                                          LIPSKY LOWE LLP
                                          420 Lexington Avenue, Suite 1830
                                          New York, New York 10170-1830
                                          chris@lipskylowe.com
                                          212.392.4772
                                          *Attorneys for Plaintiff*

*Kiyo A. Matsumoto, USDJ*
3.21.22